304 Ga. 385
FINAL COPY

S19Y0074. IN THE MATTER OF NANCY JEAN MARTIN-VEATOR.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of General Counsel of the State Bar of Georgia and the report and recommendation of the State Disciplinary Review Board, and it appearing that Nancy Jean Martin-Veator (State Bar No. 726590) has satisfied the conditions for reinstatement as specified by this Court, see In the Matter of Nancy Jean Martin-Veator, 268 Ga. 401 (489 SE2d 829) (1997), it is hereby ordered that Nancy Jean Martin-Veator be reinstated to practice law in the State of Georgia.

Reinstated. Hines, C. J., Melton, P. J., Benham, Hunstein, Nahmias, Blackwell, Boggs, and Peterson, JJ., concur.

Decided August 28, 2018.

Reinstatement.

Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, A. Leigh Burgess, Assistant General Counsel State Bar, for State Bar of Georgia.